# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00498-CV

**Sterling Hampton, Appellant**

**v.**

**GDS Associates, Inc. and Hi-Line Engineering, Appellees**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-004768, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated pending settlement negotiations. The parties have filed a joint motion to dismiss appeal. Accordingly, we reinstate the appeal, grant the parties' joint motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, Triana

Dismissed on Joint Motion

Filed: November 10, 2022